John Heenan
HEENAN LAW FIRM
3970 Avenue D, Suite A
Billings, Montana 59102
Telephone: (406) 839-9091
Facsimile: (406) 839-9092
john@heenanlawfirm.com

FILED    2010 SEP 7 PM 1 54
BILLINGS CITY        FILED

2010 MAY 10 PM 2 05

PATRICK L. COR

BY _____
DEPUTY CLERK

Attorney for Plaintiff

## IN THE JUSTICE COURT, CIVIL DIVISION
## YELLOWSTONE COUNTY, STATE OF MONTANA

KIMBERLY GABLE,

Plaintiff,

vs.

TRANS UNION, LLC,

Defendant.

CV 10-138-BLG-RFC-CSO

**CAUSE NO. CV-2010-6252**

**JUDGE: PEDRO R. HERNANDEZ**

**COMPLAINT AND JURY DEMAND**

COMES NOW Plaintiff, by and through the undersigned, and complains and alleges against Trans Union, LLC:

1.    Plaintiff is a class member in a settled class action case, *In re* Trans Union Privacy Litigation, Case No. 00-4729, MDL #1350 (N.D. Ill.) (the "Class Case"). The Settlement Agreement in the Class Case was approved on September 17, 2008. Pursuant to the terms of the Settlement Agreement, class members could before September 17, 2010, make a "Post Settlement Claim" by "informal demand letter" or by filing individual suits against Trans Union for the same conduct alleged in the Class Case.

2.    Plaintiff adopts by reference as if set out *verbatim* herein all of the factual allegations and legal causes of action set out the Second Amended Consolidated Complaint filed in the Class Case, asserts Defendant has violated the Fair Credit Reporting Act, engaged in unfair and deceptive acts and practices, and seeks statutory damages, punitive damages and attorneys' fees.

WHEREFORE, Plaintiff prays for judgment against Trans Union for all damages under law including statutory damages, punitive damages, attorneys' fees and costs.



Plaintiff demands trial by jury.

Dated this 3rd day of September, 2010.

HEENAN LAW FIRM

Attorney for Plaintiff